UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BLACKMER dba JOHN BLACKMER PHOTOGRAPHY<br><br>Plaintiff,<br>v.<br><br>QUALITY PUBLISHING, INC. AND QUALITY PUBLISHING SERVICES, INC.<br><br>Defendant. | CIVIL ACTION NO. H-05-4393 |

## MOTION TO DISMISS

Plaintiff John Blackmer dba John Blackmer Photography ("BLACKMER") and defendant QUALITY PUBLISHING, INC. and QUALITY PUBLISHING SERVICES, INC. ("QUALITY PUBLISHING") have settled the plaintiff's claims. Accordingly, pursuant to Fed. R. Civ. P. 41, plaintiff BLACKMER moves the Court to dismiss BLACKMER's claims against QUALITY PUBLISHING with prejudice, and to enter the attached Agreed Order of Dismissal.

Respectfully Submitted:

By: _____
Dana A. LeJune
3006 Brazos Street
Houston, TX 77006
Telephone: (713) 942-9898
Facsimile: (713) 942-9899

ATTORNEY FOR PLAINTIFF

DATE: 12/8/06

By: _____
John R. Keville
HOWREY LLP
1111 Louisiana Drive,
25th Floor
Houston, TX 77002
Telephone: (713) 787-1400
Facsimile: (713) 787-1440

ATTORNEY FOR DEFENDANT

DATE: 12/20/06