United States Courts
Southern District of Texas
ENTERED

DEC 2 2 2006

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN BLACKMER dba JOHN BLACKMER PHOTOGRAPHY<br><br>Plaintiff,<br>v.<br><br>QUALITY PUBLISHING, INC. AND QUALITY PUBLISHING SERVICES, INC.<br><br>Defendant. | CIVIL ACTION NO. H-05-4393 |

## AGREED ORDER OF DISMISSAL

The Court, having considered the Motion to Dismiss, is of the opinion that such Motion should be GRANTED. Accordingly, it is

ORDERED that all claims filed by Plaintiff John Blackmer dba John Blackmer Photography are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that all costs are taxed against the party incurring same, each party shall bear its own attorney's fees, and that all relief not expressly granted herein is denied.

SIGNED on the 22d day of December, 2006.

HONORABLE EWING WERLIEN, JR.
UNITED STATES DISTRICT JUDGE

DM_US\8415219.v1